O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN NEWEY,<br><br>        Plaintiff,<br><br>    v.<br><br>THE COUNTY OF ORANGE, et al.,<br><br>        Defendants. | Case No. 8:18-cv-01118-DOC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///

///

///

IT IS THEREFORE ORDERED that Judgment be entered dismissing Plaintiff's 42 U.S.C. § 1983 claims with prejudice and remanding all further proceedings to the Orange County Superior Court of California.

DATED: January 18, 2019

_____
David O. Carter
UNITED STATES DISTRICT JUDGE