JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN NEWEY,<br><br>       Plaintiff,<br><br>       v.<br><br>THE COUNTY OF ORANGE, et al.,<br><br>       Defendants. | Case No. 8:18-cv-01118-DOC (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's claims under 42 U.S.C. § 1983 are dismissed with prejudice and the remaining claims are remanded to the Orange County Superior Court of California.

DATED: January 18, 2019

*/s/ David O. Carter*
_____
David O. Carter
UNITED STATES DISTRICT JUDGE